# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Brandon Lavergne
Louisiana State Penitentiary DOC No. 424229
DR CCR D-8
Angola LA 70712

**REHEARING ACTION: February 11, 2015**

**Docket Number: 14   01036-CW**

**STATE OF LOUISIANA
VERSUS
BRANDON LAVERGNE**

**Writ Application from Evangeline Parish Case No. 58521**

**<u>BEFORE JUDGES</u>:**

Hon. Sylvia R. Cooks
Hon. Billy Howard Ezell
Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Lavergne** has this day been

**DENIED.**

cc: Hon. Trent Brignac, Counsel for  the Respondent